IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALIK A. WALLACE**                                                                                    **PLAINTIFF**
**ADC #180775**

V.                              NO. 4:24-cv-00795-KGB-ERE

**JIMMY COLEMAN,** *et al.*                                                                   **DEFENDANTS**

## ORDER LIFTING STAY AND SETTING CASE DEADLINES

On January 16, 2025, defendant Kimberly Chambers/Carter filed a suggestion of bankruptcy and stay of these proceedings ("Notice") due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. *Doc. 14*; see *In re Wellpath Holdings, Inc.*, *et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On January 21, 2025, the Court stayed this action in its entirety on an interim basis due to the extension of the automatic stay to certain nondebtors, including Wellpath employees.[1] *Doc. 15*.

The stay is hereby lifted because the stay applicable to non-debtors expired on May 7, 2025. See *In re Wellpath Holdings, Inc.*, *et al.*, Case No. 24-90533 (Bankr. S.D. Tex) (Bankr. *Docs*. 2592, *2599*) (providing for expiration of the automatic stay as to non-debtor defendants).

IT IS THEREFORE ORDERED THAT:

---

[1] No Debtor is currently a defendant in this case. Defendant Chambers/Carter was an employee of Debtor Wellpath, LLC when her alleged actions or omissions giving rise to this suit took place. *Doc. 14-2 at 5*.

1. The stay in this case is now lifted.

2. If Defendants intend to pursue a defense, pursuant to the Prison Litigation Reform Act,[2] that Mr. Wallace failed to exhaust his administrative remedies before filing this lawsuit, Defendants must raise the issue in a motion for summary judgment filed no later than **August 1, 2025**.[3]

3. All merits-related discovery is stayed until the Court resolves any exhaustion issues.

SO ORDERED 20 May 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] See 42 U.S.C. § 1997e(a).

[3] If Defendants do not intend to pursue an exhaustion defense, they should promptly file a notice so stating.